UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

LAZARO ALEN MONTEJO,

      Petitioner,

      v.

                           Case No. 2:26-cv-1438-KCD-DNF

WARDEN, FLORIDA SOFT SIDE
SOUTH DETENTION CENTER,
US ATTORNEY GENERAL,

      Respondents.

_____/

## ORDER

Lazaro Alen Montejo has filed a petition for a writ of habeas corpus under 28 U.S.C. § 2241. (Doc. 2.) He asks this Court to release him, arguing that his detention violates the Fifth Amendment. Respondents argue the case is moot because Montejo was released from ICE custody on May 26, 2026, and is now in the custody of the Miami-Dade County jail, being held on charges of grand theft and possession of a stolen/fictitious driver's license. (Doc. 11.) The Court agrees with Respondents.

Article III of the Constitution limits federal courts to resolving actual, ongoing controversies. We do not issue advisory opinions, and we do not keep cases on the docket when the underlying dispute has evaporated. *See Al Najjar v. Ashcroft*, 273 F.3d 1330, 1335 (11th Cir. 2001). Montejo is no longer in immigration custody. Consequently, there is no ripe dispute to adjudicate.

Accordingly, the Petition for Writ of Habeas Corpus (Doc. 2) is **DISMISSED**. The Clerk of Court is directed to enter judgment, terminate any pending motions, and **CLOSE** this case.

**ORDERED** in Fort Myers, Florida on May 28, 2026.

Kyle C. Dudek
United States District Judge